UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-114-T-23TBM

ALFREDO A. COOKBODDEN
_____/

**FORFEITURE MONEY JUDGMENT**

Count One of the indictment charges Cookbodden with conspiracy to possess with intent to distribute and to distribute hydrocodone in violation of 21 U.S.C. § 21 U.S.C. §§ 841(a)(1) and 846.  The indictment also contains a forfeiture allegation, which provides Cookbodden with notice that the United States seeks a $6,000 forfeiture money judgment.  The United States moves (Doc. 95) for entry of a forfeiture money judgment as to defendants Cookbodden, Arencibia, and Villarde-Francos.  Cookbodden agrees to entry of the forfeiture money judgment in his plea agreement (Doc. 69).  Cookbodden's plea was accepted on July 28, 2010.

The United States has established that Cookbodden obtained at least $6,000 in proceeds from his involvement in the drug trafficking conspiracy.  Accordingly, the United States' motion (Doc. 95) is **GRANTED** as to Cookbodden.  Pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Cookbodden is jointly and severally liable with co-defendants Alexander Batista, Luis

Alberto Arencibia, and Lazaro Rene Villarde-Francos for a forfeiture money judgment in the amount of $6,000, which is a final order of forfeiture as to Cookbodden.

Pursuant to 21 U.S.C. § 853(p), the United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of Cookbodden's property up to the value of the $6,000 money judgment. The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of Cookbodden's property sought as a substitute asset.

ORDERED in Tampa, Florida, on October 1, 2010.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE